**In re Christopher HARDY and R. Neal Post**

No. 04–1253.

United States Court of Appeals, Federal Circuit.

July 19, 2004.

Perry J. Saidman, Saidman DesignLaw, Silver Spring, MD, for Appellant.

John M. Whealan, Joseph G. Piccolo, William Lamarca, Office of the Solicitor, Arlington, VA, for Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).